United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN A. THOMAS Trustee DBA, P.A.J. Trust Executor Office, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLE OF THE STATE OF CALIFORNIA, et al., <br><br> Defendants. | Case No. 18-cv-01708-HSG (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a state prisoner housed at Centinela State Prison and proceeding *pro se*, has filed an "application for entry of judgment from another district." The action is now before the Court for review pursuant to 28 U.S.C. §1915A, which requires the court to identify any cognizable claims, and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. Plaintiff is granted leave to proceed *in forma pauperis* by separate order.

Plaintiff seeks to enforce a judgment for the recovery of money or property purportedly entered by the "Supreme Court of Justice, Shaykamaxum Republic Empire" (also described as "The Shaykamaxum Grand/Supreme Court of Atlan Amexem Al Moroc N.W."). The complaint in this action repeats claims made in Case Nos. 14-mc-80001 RS and 14-mc-80189 CW. The action is deemed frivolous because it is duplicative. *See Cato v. United States*, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995); *Bailey v. Johnson*, 846 F.2d 1019, 1021 (5th Cir. 1988) (duplicative or repetitious litigation of virtually identical causes of action is subject to dismissal under 28 U.S.C. § 1915 as frivolous); *see also Adams v. California Dept. of Health Services*, 487 F.3d 684, 688 (9th Cir. 2007) ("Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'")

Accordingly, the action is DISMISSED with prejudice as frivolous. 28 U.S.C. § 1915A. The Court certifies that any appeal is not taken in good faith. 28 U.S.C. § 1915(a)(3). The Clerk of the Court shall issue judgment and close the file.

**IT IS SO ORDERED.**

Dated: 4/26/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge