UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN A. THOMAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-01708-HSG (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal, judgment is entered in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 4/26/2018

　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　United States District Judge