UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALDEN A. THOMAS,<br><br>  Plaintiff,<br><br>  v.<br><br>PEOPLE OF THE STATE OF CALIFORNIA, et al.,<br><br>  Defendants. | Case No. 18-cv-01708-HSG<br><br>**ORDER ADDRESSING "MOTION OF INQUIRY"**<br><br>Re: Dkt. No. 11 |

In 2018, Plaintiff, a state prisoner housed at Solano State Prison, commenced this *pro se* action by filing an "application for entry of judgment from another district." Dkt. No. 1. On April 26, 2018, the Court dismissed this application as frivolous because it was duplicative of claims raised in prior actions. Dkt. No. 7. Over seven years later, Plaintiff has filed a pleading titled "Motion of Inquiry to Case's Which Was Old, and Number as Unidentify Herein." Dkt. No. 11. Plaintiff requests information about filing fees that are being deducted from his trust account for Case No. 18-cv-0192-DAD-SAM. Plaintiff filed Case No. 18-cv-0192-DAD-SAM in the Eastern District of California, not this district. If Plaintiff seeks information about his filing fee obligation in Case No. 18-cv-0192-DAD-SAM, he should file a request in that case in the Eastern District of California. This Court cannot provide Plaintiff with information about his cases in other districts.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated: 10/24/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge